■ In the Matter of GENE CRESCENZI v MARTIN B. STECHER et al. — Motion granted and the order of this court entered on March 15, 1983 (92 AD2d 797) is recalled and resettled as indicated in the order of this court. Resettled order signed and filed. Concur — Murphy, P. J., Ross, Carro, Asch and Alexander, JJ.

■ In the Matter of ANDREW RISOLI, an Attorney. — Referee appointed, hearings directed to be held, and respondent suspended from practice as an attorney and counselor at law in the State of New York effective on the date of this court's order and until the further order of this court, as indicated in the order of this court. Concur — Sullivan, J. P., Asch, Bloom, Milonas and Kassal, JJ.

■ In the Matter of DISTRICT COUNCIL No. 9 et al., v METROPOLITAN TRANSPORTATION AUTHORITY et al. — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Milonas, JJ.